IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| SALLY RICHARDSON,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL RICHARDSON, MICHAEL'S CATERING a/k/a MIKE'S GRILL & CATERING, SHERRY MOEN, STUART LITTLE,<br><br>　　　　　　　　Defendants. | Civil No. 5:19-cv-5039-JLV<br><br>**AFFIDAVIT OF CASSIDY M. STALLEY IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT ON THE ISSUE OF LIABILITY OF DEFENDANT SHERRY MOEN** |

　　　　Cassidy M. Stalley, being first duly sworn on oath, deposes and states:

　　　　1.　　I am an attorney at Lynn, Jackson, Shultz & Lebrun, P.C., counsel for Plaintiff Sally Richardson in this case. I have personal knowledge of the facts set forth in this affidavit and, if called upon as a witness, I could and would testify as follows.

　　　　2.　　The Complaint in this case was filed on May 9, 2019.

　　　　3.　　The Clerk issued the Summons to all defendants on May 13, 2019.

　　　　4.　　On May 22, 2019, Sherry Moen was served with a copy of the Summons and Complaint by Deputy Sheriff J.H. Fuller of Southampton County, Virginia.

　　　　5.　　An Affidavit of Service to Sherry Moen was filed with this Court on May 28, 2019. (Docket 11).

　　　　6.　　Sherry Moen's deadline to answer or file a pre-answer motion was June 12, 2019.

7. As of December 12, 2019, Sherry Moen has not answered, filed a pre-answer motion, or made an appearance in this case.

Dated this  12  day of December, 2019.

_____
Cassidy M. Stalley

Subscribed and sworn to before me this  12th  day of December, 2019.



_____
Notary Public, South Dakota

My Commission Expires:  10-29-2021

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2019, I sent to:

Mr. Terry L. Pechota
Pechota Law Offices
1617 Sheridan Lake Road
Rapid City, SD 57702-3483

by Notice of Electronic Filing generated by the CM/ECF system, and to

Ms. Sherry Moen
33153 S. Main St.
Boykins, VA 23827

by first class mail, postage prepaid, a true and correct copy of **Affidavit of Cassidy M. Stalley in Support of Plaintiff's Motion for Entry of Default Judgment on the Issue of Liability of Defendant Sherry Moen** relative to the above-entitled matter.

_____
Cassidy M. Stalley